JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

KYLE EVAN PETERSEN,

                              Petitioner,

        v.

P. BRADLEY, Warden,

                              Respondent.

Case No. 2:20-cv-01914-RGK-MAA

**JUDGMENT**

        Pursuant to the Order Dismissing Petition and Dismissing Action Without Prejudice filed herewith,

        IT IS ORDERED AND ADJUDGED that the Petition is DISMISSED and the action is DISMISSED without prejudice.

DATED:   December 11, 2020

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE